[No. 17858-7-III.    Division Three.    May 9, 2000.]

SAMUEL B. HENRICHS, ET AL., *Respondents*, v. T.D. SERVICE
COMPANY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-2-03939-2, Salvatore F. Cozza, J.,
entered September 3, 1998. *Reversed* by unpublished
opinion per Kato, J., concurred in by Kurtz, C.J.; Brown, J.,
dissenting.

[No. 18497-8-III.    Division Three.    May 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH C.
OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 99-8-00242-0, Neal Q. Rielly, J.,
entered May 20, 1999. *Affirmed in part* and *remanded* by
unpublished opinion per Brown, J., concurred in by Kurtz,
C.J., and Schultheis, J.

[No. 17554-5-III.    Division Three.    May 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS W.
BOWER, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-02273-9, Gregory D. Sypolt, J.,
entered May 15, 1998. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Schultheis and Kato, JJ.

[No. 18198-7-III.    Division Three.    May 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID STANLEY
SWECKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-1-01783-1, Richard J. Schroeder,
J., entered January 19, 1999. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Kurtz, C.J., and
Sweeney, J.